| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Cooper Mayne (SBN 343691)<br>cmayne@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON<br><br>Plaintiff(s),<br>v.<br><br>CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiff___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON | Plaintiff |
| CITY OF BALDWIN PARK | Defendant |
| OFFICER JEREMY MIRANDA | Defendant |

March 9, 2026                             /s/ Cooper Alison-Mayne
Date                                               Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff