**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343691)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA,<br><br>Defendants. | Case No.:<br><br>**APPLICATION OF EARLINE JOHNSON FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF D.A.** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## APPLICATION OF EARLINE JOHNSON FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF D.A.

D.A. is a minor plaintiff in the above-referenced case.

D.A. was born on June 27, 2015.

Earline Johnson is the mother of minor plaintiff D.A.

Earline Johnson is not a plaintiff in this case and has no interest potentially adverse to minor plaintiff D.A.

Earline Johnson is a responsible adult and fully competent to understand and protect the rights of D.A. See Consent Declaration of Nominee to Appointment as Guardian ad Litem for Minor Plaintiff D.A., filed concurrently herewith.

Plaintiffs therefore respectfully request an order appointing Earline Johnson as Guardian ad Litem for minor plaintiff D.A.

Dated: March 09, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:    */s/    Cooper Mayne*
Dale K. Galipo
Cooper Mayne
*Attorneys for Plaintiff*

2



1

2

3             **Certificate of Compliance**

       The undersigned, counsel of record for Plaintiffs, certifies that this brief

4  contains 132 words, which complies with the 7,000 word limit of L.R. 11-6.1.

5

6  Dated: March 09, 2026      **LAW OFFICES OF DALE K. GALIPO**

7

8                  By:   */s/   Cooper Mayne*
                           Dale K. Galipo

9                           Cooper Mayne

10                       *Attorneys for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28