**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343691)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

LAW OFFICES OF DALE K. GALIPO CIVIL RIGHTS ATTORNEYS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

D.A., by and through his guardian ad litem, EARLINE JOHNSON,

Plaintiff,

vs.

CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA,

Defendants.

Case No.:

**CONSENT DECLARATION OF NOMINEE TO APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF D.A.**

## CONSENT DECLARATION OF NOMINEE TO APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF D.A.

I, Earline Johnson, the nominee and mother of D.A., who is a minor plaintiff in the above-referenced action, consent to act as guardian ad litem for minor plaintiff D.A. in the above-referenced action.

I am a fully competent and responsible adult. I am qualified to understand and protect the rights of the minor plaintiff D.A., and have no interests adverse to the interests of the minor plaintiff D.A.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on  3/6/2026  in  Los Angeles, CA .

By: _____
Earline Johnson

2