1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON, | Case No.: |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA, | |
| Defendants. | |

11
12
13
14
15
16
17
18

    IT IS HEREBY ORDERED THAT the application of Earline Johnson for

19

appointment as Guardian ad Litem for plaintiff D.A. is granted.

20

IT IS SO ORDERED.

21
22

Date: _____    By: _____

23
24
25
26
27
28