**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      2:26-cv-02489-HDV-AJR                    Date:  March 17, 2026
                                                       Page 1 of 2

Title:  D.A. v. City of Baldwin Park, et al.

---

DOCKET ENTRY:  **ORDER GRANTING APPLICATION AND APPOINTING GUARDIAN *AD LITEM* (DKT. 5)**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Ashley Silva-Elder | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                            None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On March 9, 2026, Plaintiff D.A., a minor, filed a civil rights action pursuant to 42 U.S.C. § 1983 against Defendants City of Baldwin Park and Officer Jeremy Miranda (collectively, "Defendants"), arising from a motor vehicle collision with Officer Miranda. (Dkt. 1.)  Plaintiff asserts a claim for excessive force and related state-law claims for negligence, battery, and intentional infliction of emotional distress.  (Id. at 4-13.)

That same day, Ms. Earline Johnson filed the instant Application for Appointment of a Guardian *Ad Litem* for minor Plaintiff D.A. (the "Application").  (Dkt. 5.)  The Application affirms that Ms. Johnson is the biological mother of minor Plaintiff D.A.  (Id. at 1.)  The Application includes a statement verified under penalty of perjury that Ms. Johnson is willing to serve as guardian *ad litem* for Plaintiff D.A.  (Id.)  Additionally, the Court has reviewed the docket to determine that no general guardian or prior guardian *ad litem* has been appointed for D.A. in connection with this action.  See Fed. R. Civ. P. 17(c)(2).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      2:26-cv-02489-HDV-AJR                    Date:  March 17, 2026
                                                       Page 2 of 2


Title:   D.A. v. City of Baldwin Park, et al.


The Application includes a verification signed by Ms. Johnson declaring that she is fully competent to understand and protect the rights of the minor and that she has no interest adverse to the minor.  (Dkt. 5-1 at 2.)  Under Rule 17(c)(2), the Court has broad discretion to appoint a suitable adult, regardless of custodial status, as guardian *ad litem* when necessary to protect a minor's interests.  Courts in this circuit have consistently recognized the authority to appoint a guardian *ad litem* where necessary to safeguard a minor's interests.  See AT&T Mobility, LLC v. Yeager, 143 F. Supp. 3d 1042, 1050-52 (E.D. Cal. 2015) (applying Rule 17(c)); Davis v. Walker, 745 F.3d 1303, 1310 (9th Cir. 2014); Johns v. Cnty. of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); Robidoux v. Rosengren, 638 F.3d 1177, 1181 (9th Cir. 2011) (reaffirming the district court's "special duty" to safeguard minors' interests under Rule 17(c)).

The Court has reviewed the Application and the docket, and finds good cause to appoint Ms. Johnson as guardian *ad litem* for minor D.A. under Rule 17(c) of the Federal Rules of Civil Procedure.  The Court further finds that Ms. Johnson has no apparent conflicts, is not a party to this action, and can adequately represent the minor's interests. As an additional safeguard, D.A.'s rights and interests will be protected under Local Rule 17-1.2, which will require court approval of any settlement, compromise, or dismissal of D.A.'s claims.  Accordingly, the Court GRANTS the Application, (Dkt. 5), and appoints Ms. Johnson as guardian *ad litem* for minor Plaintiff D.A. in this action.

IT IS SO ORDERED.