**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA,<br><br>Defendants. | Case No.: 2:26-cv-02489-HDV-AJR<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiff hereby submits his proof of service of the Complaint, Summons, and other documents on Defendants' CITY OF BALDWIN PARK (attached hereto as Exhibit "A"), and OFFICER JEREMY MIRANDA; (attached hereto as Exhibit "B").


DATED: March 31, 2026          **LAW OFFICES OF DALE K. GALIPO**


                        By:   /s/     *Cooper Alison-Mayne*
                              Dale K. Galipo
                              Cooper Alison-Mayne
                              *Attorneys for Plaintiff*

2
PROOF OF SERVICE OF SUMMONS AND COMPLAINT