# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo, Esq. (SBN 144074)<br>Cooper Alison-Mayne (SBN 343169)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS: dalekgalipo@yahoo.com; cmayne@galipolaw.com<br>ATTORNEY FOR *(Name):* Plaintiff | |

**UNITED STATES DISTRICT — CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 350 W. 1st Street

CITY AND ZIP CODE: Los Angeles, CA 92701

BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: D.A., by and through his guardian ad litem, EARLINE JOHNSON<br>DEFENDANT/RESPONDENT: CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA | CASE NUMBER:<br>2:26-cv-02489-HDV (AJRx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2565897R |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ Summons

   b. ☑ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet

   e. ☐ Cross-Complaint

   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**

3. a. Party served *(specify name of party as shown on documents served):*

   **CITY OF BALDWIN PARK**

   b. ☐<br>   Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **14403 Pacific Avenue, Floor 1**<br>   **Baldwin Park, CA 91706**

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **3/24/2026** at *(time):* **11:30 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   **Samantha P., Clerk**

         **Age: 40s | Weight: 150 lbs. | Hair: black | Sex: Female | Height: 5'2" | Eyes: dark | Race: Hispanic**

     (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

     (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

     (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

     (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* **3/24/2026** from *(city):* **Los Angeles, CA** **or** ☐ a declaration of mailing is attached.

     (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Plaintiff: **D.A., by and through his guardian ad litem, EARLINE JOHNSON** | CASE NUMBER:<br>**2:26-cv-02489-HDV (AJRx)** |
|---|---|
| Defendant: **CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA** | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                       (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **CITY OF BALDWIN PARK**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP 4(i)(2)** |

7. **Person who served papers**

a. Name: **Danny Sor - Ace Attorney Service, Inc.**

b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

c. Telephone number: **(213) 623-3979**

d. **The fee** for service was: **$ 92.50**

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

        (i) ☐ owner   ☐ employee   ☐ independent contractor.

        (ii) Registration No.: **2021219725**

        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/24/2026**

| **Danny Sor** | ▶ |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |

| SHORT TITLE: D.A., by and through his guardian ad litem, EARLINE JOHNSON vs. CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA | CASE NUMBER: 2:26-cv-02489-HDV (AJRx) |
|---|---|

ATTACHED LIST OF DOCUMENTS

SUMMONS IN A CIVIL ACTION

CIVIL COVER SHEET

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

APPLICATION OF EARLINE JOHNSON FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF D.A.

CONSENT DECLARATION OF NOMINEE TO APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF D.A.

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)

Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

CIVIL STANDING ORDER

CIVIL MINUTES – GENERAL dated March 17, 2026

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

**Page 2**

Form Adopted by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**

**Attachment to Judicial Council Form or Other Court Paper**

MC020/2565897