# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo, Esq. (SBN 144074)<br>Cooper Alison-Mayne (SBN 343169)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS: dalekgalipo@yahoo.com; cmayne@galipolaw.com<br>ATTORNEY FOR *(Name):* Plaintiff | |

**UNITED STATES DISTRICT — CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS:  350 W. 1st Street

CITY AND ZIP CODE:  Los Angeles, CA 92701

BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: D.A., by and through his guardian ad litem, EARLINE JOHNSON<br>DEFENDANT/RESPONDENT: CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA | CASE NUMBER:<br>2:26-cv-02489-HDV (AJRx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2565895R |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☐ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**

3. a. Party served *(specify name of party as shown on documents served):*
      **OFFICER JEREMY MIRANDA**

   b. ☐
      Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  **14403 Pacific Avenue, Floor 1**
   **Baldwin Park, CA 91706**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*

   b. ☑ **by substituted service.**  On *(date):* **3/24/2026** at  *(time):* **11:30 AM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      **A. Chavez, #4769**
            Age: 40s | Weight: 150 lbs. | Hair: black | Sex: Female | Height: 5'7" | Eyes: black | Race: Hipsanic

      (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):* **3/24/2026**  from *(city):* **Los Angeles, CA**            **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2565895** |

Plaintiff: **D.A., by and through his guardian ad litem, EARLINE JOHNSON**

Defendant: **CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA**

CASE NUMBER:
**2:26-cv-02489-HDV (AJRx)**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **OFFICER JEREMY MIRANDA**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                      ☑ other: **FRCP (4)(i)(3)**

7. **Person who served papers**

a. Name: **Danny Sor - Ace Attorney Service, Inc.**

b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

c. Telephone number: **(213) 623-3979**

d. **The fee** for service was: **$ 201.61**

e. I am:

(1) ☐ not a registered California process server.

(2) ☑ exempt from registration under Business and Professions Code section 22350(b).

(3) ☑ registered California process server:
    (i) ☐ owner    ☐ employee    ☐ independent contractor.
    (ii) Registration No.: **2021219725**
    (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/27/2026**

| | |
|---|---|
| **Danny Sor** | |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |

SHORT TITLE: D.A., by and through his guardian ad litem, EARLINE JOHNSON vs. CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA

Case 2:26-cv-02489-HDV-AJR   Document 12-2   Filed 03/31/26   Page 4 of 4   Page ID #:63

CASE NUMBER:
2:26-cv-02489-HDV (AJRx)

ATTACHED LIST OF DOCUMENTS

SUMMONS IN A CIVIL ACTION;

CIVIL COVER SHEET;

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1);

APPLICATION OF EARLINE JOHNSON FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF D.A.;

CONSENT DECLARATION OF NOMINEE TO APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF D.A.;

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;

NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR);

Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge;

CIVIL STANDING ORDER;

CIVIL MINUTES – GENERAL dated March 17, 2026

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

**Page 2**

Form Adopted by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**

**Attachment to Judicial Council Form or Other Court Paper**

MC020/2565895