JONES MAYER
Gary S. Kranker, Esq., SBN: 146426
gsk@jones-mayer.com
Melissa M. Ballard, Esq., SBN: 185739
mmb@jones-mayer.com
Ryan M. Allein, Esq., SBN: 318078
rma@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorney for Defendants,
CITY OF BALDWIN PARK; OFFICER JEREMY MIRANDA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA,<br><br>    Defendants. | Case No. 2:26-cv-02489-HDV (AJRx)<br><br>*Assigned for All Purposes to:*<br>*Honorable Hernan D. Vera*<br><br>**DECLARATION OF MELISSA M. BALLARD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONTS ONE, TWO, SIX, AND EIGHT, AS ALLEGED IN PLAINTIFF'S COMPLAINT, PURSUANT TO F.R.C.P. RULE 12(b)(6)**<br><br>*[Filed concurrently with Motion to Dismiss Counts One, Two, Six, and Eight; [Proposed] Order]*<br><br>Complaint Filed: March 9, 2026 |

///

///

///

- 1 -

## <u>DECLARATION OF MELISSA M. BALLARD</u>

I, Melissa M. Ballard, declare:

I am an attorney admitted to practice before the United States District Court for the Central District of California and am licensed to practice before all courts of the State of California.  I am a partner with the law firm of Jones Mayer, counsel of record for Defendants City of Baldwin Park and Officer Jeremy Miranda (collectively referred to as "Defendants") and I am one of the attorneys in the firm primarily responsible for representing Defendants in this litigation.  I have personal knowledge of the information provided below, unless so stated on information and belief for which I believe such information to be true and correct, and I would competently testify with regard to that information if called as a witness.

1.    On April 7, 2026, I emailed Plaintiff's counsel and informed them that after review of the Complaint, it is Defendants' position that the § 1983 claims (counts one and two), along with the claims for intentional infliction of emotional distress (count six) and a violation of the Bane Act (count eight) are subject to dismissal based on a failure to plead the necessary allegations to support the claims.  I inquired as their availability to meet and confer on April 8, 2026 before 12 p.m. or after 4:30 p.m.

2.    On April 8, 2026, Plaintiff's counsel Cooper Mayne emailed me and informed he was available to talk on the phone at 4:30 p.m.  On that same day, I met and conferred with Mr. Mayne for 27 minutes and we discussed the § 1983 claims (counts one and two), along with the state claims for intentional infliction of emotional distress (count six) and a violation of the Bane Act (count eight).

3.    On April 9, 2026, Mr. Mayne emailed me informing me that he would get back to me by the end of the day on where his office stood as to dismissing any of the aforementioned claims.

4.    Thereafter, on that same day, Mr. Mayne informed me his office would not dismiss any of the claims alleged in the complaint.  Therefore, it became necessary to file this motion to dismiss as to counts one, two, six, and eight.



I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, as executed this 14th day of April 2026, at Fullerton, California.

_____
Melissa M. Ballard