NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

JONES MAYER
Gary S. Kranker, Esq., SBN: 146426, gsk@jones-mayer.com
Melissa M. Ballard, Esq., SBN: 185739, mmb@jones-mayer.com
Ryan M. Allein, Esq., SBN: 318078, rma@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400, Facsimile: (714) 446-1448

ATTORNEY(S) FOR:  Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA<br><br>Defendant(s) | CASE NUMBER:<br><br>2:26-cv-02489-HDV-AJR<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Defendants City of Baldwin Park and Officer Jeremy Miranda
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| D.A., by and through his guardian ad litem, Earline Johnson | Plaintiff |
| City of Baldwin Park | Defendant |
| Officer Jeremy Miranda | Defendant |

April 14, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendants City of Baldwin Park and Officer Jeremy Miranda

CV-30 (05/13)                                    **NOTICE OF INTERESTED PARTIES**