**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BALDWIN PARK; OFFICER JEREMY MIRANDA,<br><br>Defendants. | Case No.: 2:26-cv-02489-HDV<br>Honorable Hernan D. Vera<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF SIXTH CLAIM FOR RELIEF FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

1

**TO THE HONORABLE COURT:**

Plaintiff D.A., by and through his guardian ad litem, EARLINE JOHNSON, and Defendants CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA, hereby stipulate that Plaintiff's sixth claim for relief for intentional infliction of emotional distress be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

This stipulation has no bearing on Plaintiff's other claims.

Dated: May 11, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:  /s/   *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff*

Dated: May 11, 2026               **JONES MAYER**

By:  /s/  *Melissa Ballard*
Melissa M. Ballard
*Attorney for Defendants*

2