# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

D.A., by and through his guardian ad litem, EARLINE JOHNSON,

Plaintiff,

vs.

CITY OF BALDWIN PARK;
OFFICER JEREMY MIRANDA,

Defendants.

Case No.: 2:26-cv-02489-HDV
Honorable Hernan D. Vera

**[PROPOSED] ORDER**

1

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that that Plaintiff's sixth claim for relief for intentional infliction of emotional distress is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

This Order has no bearing on Plaintiff's other claims.

**IT IS SO ORDERED.**

Dated: _____

Honorable Hernan D. Vera
United States District Judge

2