JONES MAYER
Gary S. Kranker, Esq., SBN: 146426
gsk@jones-mayer.com
Melissa M. Ballard, Esq., SBN: 185739
mmb@jones-mayer.com
Ryan M. Allein, Esq., SBN: 318078
rma@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorney for Defendants,
CITY OF BALDWIN PARK; OFFICER JEREMY MIRANDA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA,<br><br>     Defendants. | Case No. 2:26-cv-02489-HDV (AJRx)<br><br>*Assigned for All Purposes to: Honorable Hernan D. Vera*<br><br>**DECLARATION OF RYAN M. ALLEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COUNTS ONE AND SIX, AS ALLEGED IN PLAINTIFF'S FIRST AMENDED COMPLAINT, PURSUANT TO F.R.C.P. RULE 12(b)(6)**<br><br>*[Filed concurrently with Motion to Dismiss Counts One and Six; [Proposed] Order]*<br><br>First Amended Complaint Filed: July 24, 2026 |

## DECLARATION OF RYAN M. ALEIN

I, Ryan M. Allein, declare:

I am an attorney admitted to practice before the United States District Court for the Central District of California and am licensed to practice before all courts of the State of

- 1 -
**DECLARATION OF RYAN M. ALLEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)**

California.   I am an attorney with the law firm of Jones Mayer, counsel of record for Defendants City of Baldwin Park and Officer Jeremy Miranda (collectively referred to as "Defendants") and I am one of the attorneys in the firm primarily responsible for representing Defendants in this litigation.   I have personal knowledge of the information provided below, unless so stated on information and belief for which I believe such information to be true and correct, and I would competently testify with regard to that information if called as a witness.

1.      On July 28, 2026, at 1:39 p.m., I emailed Plaintiff's counsel and informed them that after review of the First Amended Complaint ("FAC"), it is Defendants' position that the § 1983 claim for a violation of substantive due process under the Fourteenth Amendment (count one), along with the claim for a violation of the Bane Act (count six) are subject to dismissal based on a failure to plead the necessary allegations to support the claims.   I inquired as to their availability to meet and confer on the afternoon of July 30, 2026.   On that same day, Plaintiff's counsel Cooper Mayne emailed me and informed he was available to talk on the phone at 2:00 p.m.

2.      On July 30, 2026, I met and conferred with Mr. Mayne for six minutes and we briefly discussed the § 1983 claim (count one), along with the state claim for a violation of the Bane Act (count six).   The discussion was brief because the arguments in support of Defendants' motion to dismiss were the same as the original motion to dismiss filed in response to the original Complaint.

I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, as executed this 7th day of August 2026, at Fullerton, California.

_____
Ryan M. Allein

- 2 -

**DECLARATION OF RYAN M. ALLEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)**