UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA,<br><br>Defendants. | Case No. 2:26-cv-02489-HDV (AJRx)<br><br>*Assigned for All Purposes to:*<br>*Honorable Hernan D. Vera*<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS COUNTS ONE AND SIX**<br><br>First Amended Complaint Filed: July 24, 2026 |

**PROPOSED ORDER TO DEFENDANTS' MOTION TO DISMIUSS COUNTS ONE AND SIZ PURSUANT TO F.R.C.P. RULE 12(b)(6)**

# [PROPOSED] ORDER

The Court, having considered the Defendants' motion to dismiss and finding good cause therefor, hereby GRANTS the Motion and orders as follows:

1.    The First Cause of Action in Plaintiff's Complaint is dismissed with prejudice, without leave to amend.

3.    The Sixth Cause of Action in Plaintiff's Complaint is dismissed with prejudice, without leave to amend.

Dated:

_____
HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT COURT
JUDGE

**PROPOSED ORDER TO DEFENDANTS' MOTION TO DISMISS COUNTS ONE AND SIX PURSUANT TO F.R.C.P. RULE 12(b)(6)**