JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

D.A., by and through his guardian ad litem, EARLINE JOHNSON,

Plaintiff,

v.

CITY OF BALDWIN PARK, et al.,

Defendants.

Case No. 2:26-cv-02489-HDV-AJR

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss [23], the Court adjudges the above-captioned case dismissed in its entirety. The state law claims are dismissed without prejudice to refiling in state court.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Hernán D. Vera
United States District Judge