JONES MAYER
Gary S. Kranker, Esq., SBN: 146426
gsk@jones-mayer.com
Melissa M. Ballard, Esq., SBN: 185739
mmb@jones-mayer.com
Ryan M. Allein, Esq., SBN: 318078
rma@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorney for Defendants,
CITY OF BALDWIN PARK; OFFICER JEREMY MIRANDA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., by and through his guardian ad litem, EARLINE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA,<br><br>Defendants. | Case No. 2:26-cv-02489-HDV(AJRx)<br><br>*Assigned for All Purposes to: Honorable Hernan D. Vera*<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT**<br><br>*[Filed concurrently with [Proposed] Judgment]*<br><br>Complaint Filed: March 9, 2026 |

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendants, CITY OF BALDWIN PARK; OFFICER JEREMY MIRANDA, hereby lodge the [Proposed] Judgment concurrently filed herewith.

Dated: October 29, 2026

JONES MAYER

By ______________________
Gary S. Kranker, Esq.
Melissa M. Ballard, Esq.
Ryan M. Allein, Esq.
Attorneys for Defendants CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA