UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

D.A., by and through his guardian ad litem, EARLINE JOHNSON,

Plaintiff,

v.

CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA,

Defendants.

Case No. 2:26-cv-02489-HDV(AJRx)

*Assigned for All Purposes to: Honorable Hernan D. Vera*

**[PROPOSED] JUDGMENT**

Complaint Filed: March 9, 2026

**[PROPOSED] JUDGMENT**

WHEREAS, the Court, having considered the Defendants CITY OF BALDWIN PARK and OFFICER JEREMY MIRANDA's ("Defendants") Motion to Dismiss the Plaintiff's First Amended Complaint [Doc. 23];

WHEREAS, finding good cause therefor, the Court GRANTED the Motion to Dismiss and ordered that Claim One for Violation of Substantive Due Process under 42 U.S.C. § 1983 and Claim Six for Violation of Bane Act (Cal. Civ. Code § 52.1) are both dismissed without leave to amend; that the dismissed Section 1983 claim is the only

basis for federal jurisdiction; that the Court declines to exercise supplemental jurisdiction over the remaining state law claims; and that the action is dismissed without prejudice to refiling in state court [Doc. 28].

**THEREFORE, IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:**

1. Pursuant to the Court's Order Granting Defendants' Motion to Dismiss [Doc. 23], the Court adjudges the above-captioned case dismissed in its entirety.
2. Claim One for Violation of Substantive Due Process under 42 U.S.C. § 1983 is dismissed without leave to amend.
3. Claim Six for Violation of Bane Act (Cal. Civ. Code § 52.1) is dismissed without leave to amend.
4. The remaining state law claims are dismissed without prejudice to refiling in state court.

Dated:

HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT COURT JUDGE